[No. 9330–8–II. Division Two. April 30, 1987.]

SIDNEY REED, *Appellant,* v. CARSON F. ELLER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 36173, Dale M. Nordquist, J., entered October 25, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 9313–8–II. Division Two. April 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT STEVE LUJAN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–1–00279–0, Alan R. Hallowell, J., entered August 30, 1985. *Affirmed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Morgan and Soule, JJ. Pro Tem.

[No. 9252–2–II. Division Two. April 30, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. DONALD KEITH HENDERSON, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–1–00230–7, Alan R. Hallowell, J., entered October 3, 1985. *Reversed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Buckner and Goodloe, JJ. Pro Tem.